UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KINTETSU WORLD EXPRESS (U.S.A.), INC.,

                Plaintiff,                         **ORDER**

        -against-                         **21-CV-9579 (JHR) (JW)**

DIALECTIC DISTRIBUTION LLC,

                Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

     This matter has been referred for settlement. Should the parties wish to schedule a settlement conference, the Parties are directed to contact Courtroom Deputy Christopher Davis via email by **February 17, 2023** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in March or April 2023. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York.

     Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:    New York, New York
                February 13, 2023

                                                     _____
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge