UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
KINTETSU WORLD EXPRESS (U.S.A.), INC.,

                Plaintiff,                **ORDER**

        -against-                **21-CV-9579 (JHR) (JW)**

DIALECTIC DISTRIBUTION LLC,

                Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the Parties joint letter. Dkt. No. 72. The July 2, 2024 conference is adjourned *sine die*. The Parties are ordered to meet and confer by **July 12, 2024**, where both sides are to agree on a schedule for the depositions of all noticed witnesses. A joint status letter is to be filed by **July 12, 2024**, including the schedule of the depositions. The Court expects both Parties to make every effort to schedule the depositions. If they fail to do so, absent extraordinary circumstances, the Court will then schedule all depositions without regard for the Parties schedules and attendance will be mandatory.

      Defendant is also ordered to answer the outstanding interrogatories and document requests raised in the joint letter. See Dkt. No. 72. Defendant should inform the Court of their compliance regarding the aforementioned productions in the **July 12, 2024** joint letter.

      The Parties are reminded that their obligation to timely produce witnesses for depositions in compliance with this Court's order is not contingent on the other

Party's doing the same. Each Party should ensure its own compliance with this Court's orders.

    SO ORDERED.

DATED:   New York, New York
             June 28, 2024

                                              *Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge