UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KINTETSU WORLD EXPRESS (U.S.A.), INC.,

                         Plaintiff,                      **ORDER**

                    -against-                    **21-CV-9579 (JHR) (JW)**

DIALECTIC DISTRIBUTION LLC,

                         Defendant.
-----------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On August 21, 2024, the Court held an in-person discovery conference. At the August 21st conference, the following deadlines were set:

- The Parties have until **12:00pm on September 4, 2024**, to submit simultaneous letters on whether Kintetsu World Express (USA), Inc. ("Plaintiff") must make employees of its sister corporations available for depositions. The letter briefs should not exceed five pages. The Parties may also include an additional two pages addressing whether Dialectic Distribution LLC ("Defendant") can be compelled to produce an employee of its sister corporation.

- Defendant must inform the Court of the termination dates of Mr. Hoenes and Ms. Delorenzo by **September 4, 2024**.

- Defendant must produce the requested document productions and interrogatories by **September 20, 2024**.

- The four depositions of the Parties current domestic employees are to be held on **September 23, 24, 26, and 27, 2024**. All four depositions are to start at 10:00am via Zoom.
- All Fact Discovery closes on **October 15, 2024**.

The Parties are also directed to order a copy of the transcript from the August 21st conference and email a copy to the Court.

SO ORDERED.

DATED:   New York, New York
         August 21, 2024

_Jennifer E. Willis_
JENNIFER E. WILLIS
United States Magistrate Judge