**Gmail**    David Rubenstein <drubenstein@rubensteinbusinesslaw.com>

## Kintetsu World Express v. Dialectic Distribution | 1:21-cv-09579-JHR | KLSE File: 6405

**Charles Schmidt** <cschmidt@klselaw.com>                Tue, Jan 30, 2024 at 3:55 PM
To: "David Rubenstein Esq." <drubenstein@rubensteinbusinesslaw.com>

Dear David,

Please find attached various discovery demands.

You have identified several persons whose depositions you would like to take. I have previously advised you about the availability of RA Dr. Lothar Harings and RA Max Jürgens.

The others are the following, with comments about their availability for deposition by remote means pursuant to mere notice but subject to agreement on mutually acceptable dates and times:

Olaf Gerber – no longer employed by KWE Deutschland and not in control of KWE USA

Stijn Buggenhout – still employed by KWE Benelux and willing to appear by remote means

Tetsuhiro Matsuno – still employed and willing to appear by remote means

Rocky Zhou – believed to still be employed by KWE Hong Kong; agreement to appear by remote means requested by not yet secured

David Qi – believed to still be employed by KWE Hong Kong; agreement to appear by remote means requested by not yet secured

Takashi Miyagi – still employed and willing to appear by remote means

Regards,
    Charlie

**Charles E. Schmidt** | KENNEDY LILLIS SCHMIDT & ENGLISH

125 Maiden Lane, Suite 5C, New York, New York 10038-4753

O: +1 (212) 430-0802 | M: +1 (917) 670-3652

www.klselaw.com | cschmidt@klselaw.com

LEGAL NOTICE: This e-mail is sent from the Law Firm of Kennedy Lillis Schmidt & English, and may contain confidential and/or legally privileged information. This e-mail is solely for the use of the intended recipient. If you have received this e-mail in error, please notify the sender by reply e-mail or by calling +1 (212) 430-0800, permanently delete the message and any accompanying attachments from your computer, and destroy any printed copies. Do not copy or disclose it to anyone else. Any disclosure, copying, distribution, reliance on or use of the contents or information received in error is prohibited. Neither this e-mail message nor its attachment(s) may be construed as establishing an attorney-client relationship, constituting an electronic signature, or providing consent to contract electronically, unless expressly so stated by a Kennedy Lillis Schmidt & English attorney in the body of this e-mail or an attachment.

**9 attachments**

**6405_NEBT_DD.pdf**
314K

**6405_NEBT_JD.pdf**
146K

**6405_NEBT_OG.pdf**
146K

**6405_NEBT_MH.pdf**
146K

**6405_NEBT_ZZ.pdf**
146K

**6405_RFA2.pdf**
176K

**6405_RFA2.docx**
46K

**6405_Rogs2ToDeft.pdf**
154K

**6405_Rogs2ToDeft.docx**
42K