| | |
|---|---|
| **From:** | William Cai |
| **To:** | Zach Zeltzer |
| **Cc:** | Poppy Huang; Long Shen; David Qi; Owen Green; Rocky Zhou; yxf; Ben Farina |
| **Subject:** | Re: Declartion to ship |
| **Date:** | Monday, April 20, 2020 3:10:55 AM |

Dear Zach,

Not yet, space is quite tight here now, and we can not get confirm from airline timely, also available schedule is about 5-6 days later after our booking; we'd need airlines response for cargo receive first, then to arrange pickup.
Currently, both terminal handling and customs clearance takes longer than before as space problem occurs and customs regulation updates.
Will update to you once get response from airline.

Best Regards
William Cai
*********************************************************

Kintetsu Logistics(Shenzhen) Co., Ltd
Sales & Marketing Dept
Pricing and Customer Service div.
Tel: 086-0755-83598777 ext-6241
Email: william.cai@kwe.com
*********************************************************


Zach Zeltzer <zach@dialecticdistribution.com> 于2020年4月20日周一 下午2:58写道：
> Poopy and William:
> Was everything picked up?
>
> Sent from my iPhone
>
>> On Apr 20, 2020, at 2:19 AM, Poppy Huang <poppy.huang@kwe.com> wrote:
>>
>>
>> Hi Zach
>>
>> noted and we will check with shpr
>>
>> Thank you very much！
>>
>> Best regards！
>>
>> Poppy Huang    黄凯恩
>>
>> Sales Department    销售部
>>
>> Kintetsu World Express (Guangzhou) Limited
>> 近铁国际货运（广州）有限公司

KWE-00053

1505 Teem tower, 208, Tianhe road, Tianhe District, 510620, Guangzhou.
广州市天河区天河路208号粤海天河城大厦1505室
Tel:+86-(0)20-38780022-132
Mobile:+86-134 1362 4335
Email:poppy.huang@kwe.com

Zach Zeltzer <zach@dialecticdistribution.com> 于2020年4月20日周一 下午1:43写道：

> Hi Poppy,
> can you please call long he has 500,000 FFP2-KN95 ready to pick up please (Going to EU)
>
> ***WE MOVED***
> **Logistics/Finance: 133 Bauer Dr. Oakland NJ, 07436**
> **Global HQ: 8 Calle 1 Suite 312.  Guaynabo PR, 00968**
>
>
> Thanks,
> Zach Zeltzer
>
>
> <Outlook-qx5qcqu2.png>
>
>
> ---
>
> **From:** William Cai <william.cai@kwe.com>
> **Sent:** Sunday, April 19, 2020 11:35 PM
> **To:** Long Shen <longshen713@gmail.com>
> **Cc:** David Qi <david.qi@kwe.com>; Owen Green <Owen@dialecticdistribution.com>; Rocky Zhou <rocky.zhou@kwe.com>; Zach Zeltzer <zach@dialecticdistribution.com>; yxf <yxf@odoyo.com>
> **Subject:** Re: Declartion to ship
>
> Dear Shen,
>
> Checking with airline and still waiting for their reply, will update to you as soon as possible.
>
> Also with rate info to FRA, will revert to you immediately once available.
>
> Best Regards
> William Cai
> **********************************************************
> Kintetsu Logistics(Shenzhen) Co., Ltd

KWE-00054

Sales & Marketing Dept
Pricing and Customer Service div.
Tel: 086-0755-83598777 ext-6241
Email: william.cai@kwe.com
*********************************************************

Long Shen <longshen713@gmail.com> 于2020年4月20日周一 上午11:11写道：
> Hi William
>     Thank you for the message.   Please advice me for the progress  so we have time to react, thanks.
>
> William Cai <william.cai@kwe.com>于2020年4月20日 周一上午10:01写道：
>> Dear Shen,
>>
>> Noted the info and we've got in touch with KWEUS PIC/Ben.Farina@am.kwe.com who is control tower for Dialectic shipments, he confirmed the shipping and advised corresponding gateway solution from ORD or IAD, as JFK airport is in bad situation for handling.
>>
>> KWESZX is now checking shipping availability to IAD or ORD, whichever is faster and better. Will revert to you and pickup cargo when space is secured.
>>
>> Best Regards
>> William Cai
>> *********************************************************
>> Kintetsu Logistics(Shenzhen) Co., Ltd
>> Sales & Marketing Dept
>> Pricing and Customer Service div.
>> Tel: 086-0755-83598777 ext-6241
>> Email: william.cai@kwe.com
>> *********************************************************
>>
>> Long Shen <longshen713@gmail.com> 于2020年4月18日周六 下午4:45写道：
>>> Hi, William,
>>>     Zach and Owen is my customer and also KWE's customer for a long time, we already shipped mask with Poppe at your Guangzhou office, and you were introduced by Poppe to us, although we did contact each other before,   We will have lots mask need to ship out from Shenzhen airport either to US or EU, or other destinations. All shipment will be paid by the Dialectic Distribution  side, please confirm this with Owen, Thank You so much. We will load millions mask to you on Sunday tomorrow and the next week after, our logistic

and Customs declaration correspondent Cherry will work with you in details. thank you.
Long Shen

MBL: +86(139)1090-1995
TEL : +852 8100-1485
11/F, Join-In Hang Sing Ctr., Suite 1103
2-16 Kwai Fung Crecscent
Kwai Chung, Hong Kong

Shen@thinkinggroup.com
www.thinkinggroup.com


On Sat, Apr 18, 2020 at 1:16 PM Zach Zeltzer <zach@dialecticdistribution.com> wrote:
> Also 1.5 3 ply to address in NJ below.
>
> Need this Sunday as well delivered.
>
> Sent from my iPhone
>
>> On Apr 17, 2020, at 11:53 PM, Zach Zeltzer <zach@dialecticdistribution.com> wrote:
>>
>> 1. 400,000.00 to this
>>    <image.png>
>> 2. 500,0000 TO THIS
>>    <image.png>
>> 3. balance of the 1.25 million
>>    dialectic distribution
>>    133 bauer drive
>>    Oakland NJ 07436
>>
>>
>> ***WE MOVED***
>> **Logistics/Finance: 133 Bauer Dr. Oakland NJ, 07436**
>> **Global HQ: 8 Calle 1 Suite 312.  Guaynabo PR, 00968**

KWE-00056

Thanks,
Zach Zeltzer

<Outlook-i1xaqet3.png>

KWE-00057