**From:** Stijn Buggenhout <Stijn.Buggenhout@ea.kwe.com>
**To:** "jfkcs@kwe.com" <jfkcs@kwe.com>, jfkexportsales <jfkexportsales@am.kwe.com>, Ben Farina <Ben.Farina@am.kwe.com>, Stanley Gonzales <Stanley.Gonzales@am.kwe.com>, Owen Green <Owen@dialecticdistribution.com>
**Subject:** RE: Shipping Alert (NYC) - 988-22083983
**Date:** Thu, 05 Mar 2020 05:43:37 -0500
**Importance:** Normal
**Attachments:** 0919_001.pdf

---

Dear all,

Can you please advise the HS commodity code for the shipment, it was not mentioned on the HAWB.

Thanks in advance
Brgds,

Stijn Buggenhout
Assistant Branch Manager - Brussels
_____
Kintetsu World Express (Benelux) B.V.
Bedrijvenzone Machelen Cargo Gebouw 729/1 | Machelen 1830 | BE
T: +32 (0) 27 52 99 47
M: +32 (0) 472 13 34 35
E: Stijn.Buggenhout@ea.kwe.com
W: http://www.kwe.com

Kintetsu World Express (Benelux) B.V is registered in The Netherlands as affiliate under Company Registration Number: 34072949.<br /><br />
The Belgium affiliate is also registered in Belgium under Company Registration Number: 0446.727.758
Registered address: Bedrijvenzone Machelen Cargo 729 box 1, B-1830, Machelen, Belgium.<br /><br />
The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify KWE immediately by e-mail, and delete the original message.<br /><br />
-----Original Message-----
From: kwe.notify@kwe.com <kwe.notify@kwe.com>
Sent: Saturday, February 29, 2020 3:40 PM
To: bruimp@kwe.com
Subject: Shipping Alert (NYC) - 988-22083983

Alert Date: 2020/02/28 10:21:46 US1
==================================================================

Carrier Waybill No:
988-22083983

Carrier Code:
OZ

Flight/Voyage No.: Vessel Name:
0588

Origin: Departure Date: Destination: Arrival Date:
JFK 2020/03/02 03:50 US1 BRU 2020/03/02 16:50 BE1

Total Actual Weight: Total Volume: Total Chargeable Weight:
0.0000 0.0000 0.0000

Total Total Collect Total Collect
Shipments: Total Pieces: Weight Charges: Charges:
2 0

Reference Nos.:
ED9 EAP

Remarks:

========================= Customer Waybill =========================
Customer WB No: Origin: Dest:
320013030790 JFK BRU

Consignee:
202101069
LUBRIZOL ADVANCED MATERIALS EUROPE BVBA.

Shipper:
20234951
LUBRIZOL ADVANCED MATERIALS INC (FORMERLY NOVEON INC)

Reference Nos.:
KCR 0001359363
SO 20090263
KK 40120246
PO 4503289306
CI 710042252

Destination:
Broker ID: Declared Value: Piece No.:
2 PCS


Collect Total
Actual Weight: Charg Weight: Weight Charges: Collect Charges:
41.3000 KG 41.5000 KG 0.0000 0.0000 USD


Description:
LUBRIJET(TM) N240, 5G P OH W LR
========================= Customer Waybill =========================
Customer WB No: Origin: Dest:
320013030860 JFK BRU

Consignee:
202260969
EASYBUTION GMBH

Shipper:
202244808
DIALECTIC DISTRIBUTION LLC

Reference Nos.:
KCR 0001361179
SO 18928
IN 61602
ITN X20200228652397

Destination:
Broker ID: Declared Value: Piece No.:
6 PCS


Collect Total
Actual Weight: Charg Weight: Weight Charges: Collect Charges:
0.0000 KG KG 0.0000 0.0000 USD

Marks and Numbers:
--->

(B)THE PACKAGE MUST BE HANDLED WITH CARE,AND THAT A FLAMMABILITY HAZARD EXISTS IF THE PACKAGE IS DAMAGED.


(C)SPECIAL PROCEDURE SHOULD BE FOLLOWED IN THE EVENT THE PACKAGE IS DAMAGED, TO INCLUDE INSPECT ION AND REPACKING IF NECESSARY.

===>

Customer Waybill Handling Instructions:
6 SKIDS STC 581 CARTONS

Description:
ELECTRONICS

**Air Waybill — Kintetsu World Express (U.S.A.), Inc.**

| | |
|---|---|
| AWB No. | 320013030860 |
| MAWB | 988-22083983 |

**Shipper's Name and Address** — 202244808
DIALECTIC DISTRIBUTION LLC
133 BAUER DRIVE
OAKLAND New Jersey 07436 US
Contact: JACKIE OTT
Phone: 973-840-2311

**Issued by:** JFK TERMINAL (EXPORT)
IDLEWILD LOGISTICS PARK UNIT #1
145-68 228TH STREET
SPRINGFIELD GARDENS NY 11413 US

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

**Consignee's Name and Address** — 202260969
EASYBUTION GMBH
KAETHE-PAULUS-STRASSE 1
KOESCHING 85092 DE

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase limitation of liability by declaring a higher value for carriage and paying supplemental charge if required.

**Issuing Carrier's Agent Name and City**
KINTETSU WORLD EXPRESS (U.S.A.) INC.
IDLEWILD LOGISTICS PARK UNIT #1
145-68 228TH STREET
SPRINGFIELD GARDENS NY US

**Agent's IATA Code:** 01-1-4205-0022
**Account No.:**

**Airport of Departure (Addr. of First Carrier) and Requested Routing:** New York/J F KENNEDY

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PPD / COLL | Other PPD / COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BRU | OZ | | | | | | USD | | P | P | NVD | |

**Airport of Destination:** BRUSSELS
**Flight/Date:** 0588/2
**Amount of Insurance:** NONE

INSURANCE - If Shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked 'Amount of Insurance'

**Handling Information**
Notice: All cargo subject to screening
Ref-Shpr:0001361179, 18928, 61602
6 SKIDS STC 581 CARTONS
AES X20200228652397

| No of Pieces RCP | Gross Weight | KG LB | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 6 | 1541.3 | KG | | 1857.5 | | As Agreed | ELECTRONICS 6@48X40X59 IN |

--->
(B) THE PACKAGE MUST BE HANDLED WITH CARE, AND THAT A FLAMMABILITY HAZARD EXISTS IF THE PACKAGE IS DAMAGED.

(C) SPECIAL PROCEDURE SHOULD BE FOLLOWED IN THE EVENT THE PACKAGE IS DAMAGED, TO INCLUDE INSPECTION AND REPACKING IF NECESSARY.
===>

===>
(D) A TELEPHONE NUMBER FOR ADDITIONAL INFORMATION
1-800-424-9300
+1-703-527-3887

(A) THIS FREIGHT CONTAINS LITHIUM ION BATTERIES
IN COMPLIANCE WITH SECTION II OF PI967,
NOT RESTRICTED.
--->

| 6 | 1541.3 | KG | | | | | DDP |

**Prepaid / Weight Charge:** As Agreed
**Other Charges:** FREE HOUSE DDP

Valuation Charge
Tax
Total Other Charges Due Agent
Total Other Charges Due Carrier

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is property described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

JFK TERMINAL (EXPORT)
Signature of Shipper or his Agent

Carl Ledgister / 3200

Total Prepaid / Total Collect
Currency Conversion Rates / CC Charges in Dest. Currency
27-FEB-2020
Executed on (date) at (place) Signature of Issuing Carrier or its Agent

For Carrier's Use only at Destination / Charges at Destination / Total Collect Charges

320013030860

ORIGINAL FOR SHIPPER



Dialectic PR LLC
8 Calle 1
Suite 312
Guaynabo PR 00968
Puerto Rico

# Invoice
#61602

**Bill To**

easybution GmbH
Kaethe-Paulus-Str. 1
85092 Koesching (InterPark)
Germany

**Ship To**

easybution GmbH
Kaethe-Paulus-Str. 1
85092 Koesching (InterPark)
Germany

**TOTAL**

## $285,450.00

Invoice Date: 2/27/2020
Due Date: 3/9/2020

CarrierATS

| Terms | Due Date | PO # | Sales Rep | INCOTERMS | Partner | Currency |
|---|---|---|---|---|---|---|
| ROG | 3/9/2020 | | Zachary Zeltzer | DDP | | USD |

| Quantity | Item | Options | Unit Price | Amount |
|---|---|---|---|---|
| 200 | **RING-8VR1S7-0EN0 -CR**<br>Ring Video Doorbell 2 - Certified Refurbished | | $76.00 | $15,200.00 |
| 575 | **MIC-FNY-00001**<br>Surface Pro 5 128gb 8GB i5 Factory Refurbished | | $460.00 | $264,500.00 |
| 1 | **International Shipping**<br>Shipping Cost | | $5,750.00 | $5,750.00 |

|  |  |
|---|---|
| Subtotal | $285,450.00 |
| Tax (%) | $0.00 |
| **Total** | **$285,450.00** |

PLEASE NOTE OUR NEW WIRE INSTRUCTIONS:

Primary Wire Instructions:
Beneficiary: Dialectic PR LLC
Business Address:
8 Calle 1, Suite 312
Guaynabo, Puerto Rico 00968
Acct#: 695955452

Bank: Berkshire Bank
PO Box 15020
Worcester, MA 01615-0020
ABA#: 211871691
Swift: BERKUS33

Mail Checks to:
133 Bauer Drive
Oakland, NJ 07436

KWE-012325



Dialectic PR LLC
8 Calle 1
Suite 312
Guaynabo PR 00968
Puerto Rico

# Invoice

#61602

2/27/2020

These items are controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. They may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

**DIALECTIC PR LLC**

**TERMS**

Dialectic has the right to revoke customer terms at their own discretion.
Payment terms must be in accordance with agreed upon INCOTERMS.

**WARRANTY AND RMA POLICY**
Please inspect all products immediately upon receipt at Dialectic's warehouse, customer's warehouse or freight carrier's receiving warehouse (as the case may be). Ownership of the product transfers to the customer upon the customer or freight carrier taking possession of the order, whether this occurs at Dialectic's warehouse (if order is picked-up) or at customer's or freight carrier's receiving warehouse (if Dialectic delivers the order). Therefore, responsibility for damage occurring in-transit (other that when Dialectic delivers the order) is solely the customer's. A signature on the Bill of Lading (BOL) upon receipt of the products confirms that the products are received in good condition unless exception is made on the BOL and Dialectic is notified immediately. Please note, however, that refurbished products may have cosmetic blemishes but are not returnable because of such blemishes.**DO NOT ATTEMPT TO RETURN ANY PRODUCT(S) PRIOR TO REQUEST AND RECEIPT OF AN RMA NUMBER FROM DIALECTIC'S RMA DEPARTMENT.** Please contact Dialectic´s RMA Department for further details.

All products (whether brand new, factory refurbished and/or third party refurbished) are sold "as is", with no warranty other than the limited manufacturer´s warranty applicable to each product (unless otherwise specified in the applicable sales order). Dialectic disclaims all other warranties, to the fullest extent permitted by law, including any implied warranties of merchantability, fitness for a particular purpose, any warranty arising from course of performance, course of dealing or usage of trade, and any statutory warranties of non-infringement. Returns relating to a manufacturer´s warranty may be subject to specific terms and conditions of the applicable manufacturer's warranty and the applicable manufacturer's return policies for the returned product. Product warranty is void if product is physically damaged due to: user abuse and/or improper handling; attempt to repair, add or rework the product, or modify and/or deface the original manufacturer´s warranty seal, serial number and/or labels. Product warranty is also void if the serial number is missing from product at the time of return.

All sales are final. Dialectic offers no refunds or price protection. By returning any product to Dialectic, you represent and warrant that the returned product was purchased from Dialectic, is not counterfeit or otherwise non-conforming, and does not violate Dialectic´s Warranty and RMA Policy. You also agree that Dialectic may test any returned product to determine whether such product is counterfeit, non-conforming, or otherwise

KWE-012326



Dialectic PR LLC
8 Calle 1
Suite 312
Guaynabo PR 00968
Puerto Rico

# Invoice
#61602
2/27/2020

violates Dialectic's Warranty and RMA Policy.

In the event Dialectic determines, in its sole discretion, that any returned product is counterfeit, non-conforming, or otherwise violates Dialectic's Warranty and RMA Policy, Dialectic may (i) report such problem to any applicable governmental or regulatory agency or any other applicable third party; (ii) quarantinesuch product for further testing or other analysis; and/or (iii) take such other actions as may be required or permitted under applicable law.

**DIALECTIC SHALL NOT BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS, REVENUE, OR DATA (WHETHER DIRECT OR INDIRECT) OR COMMERCIAL LOSS FOR BREACH OF ANY EXPRESS OR IMPLIED WARRANTY ON YOUR PRODUCT EVEN IF DIALECTIC HAS BEEN ADVISED PREVIOUSLY OF THE POSSIBILITY OF SUCH DAMAGES.**

KWE-012327