|  |  |
|---:|:---|
| **From:** | Olaf Gerber <Olaf.Gerber@ea.kwe.com> |
| **To:** | Zach Zeltzer <zach@dialecticdistribution.com>, Ben Farina <Ben.Farina@am.kwe.com> |
| **Cc:** | Owen Green <Owen@dialecticdistribution.com>, Mark Hoenes <mhoenes@dialecticdistribution.com>, Paul Jansson <paul@dialecticdistribution.com>, Lars Gabriel <lars.gabriel@kwe.com>, "Niko Mpalaskas" <Niko.Mpalaskas@ea.kwe.com> |
| **Subject:** | AW: KWE/Happy |
| **Date:** | Tue, 24 Nov 2020 10:14:42 -0500 |
| **Importance:** | Normal |

Dear Zach,

no nothing in progress so far.
As already said several times, I will get back to Ben once I receive anything from Happy.

Mit freundlichen Grüßen / Best Regards

Olaf Gerber
Branch Manager Hamburg Airfreight

_____

Kintetsu World Express (Deutschland) GmbH
World Cargo Center, Niendorfer Straße 172 | Norderstedt D-22848 | DE
T: +49 (0) 405 939 1828
M: +49 (0) 176 1500 1429
E: Olaf.Gerber@ea.kwe.com
W: www.kwe.com



A Glance at the Market, latest industry news and updates: sign up

Track your Shipments: kwecss



Registered: District Court Duesseldorf HRB 34993. Registered Managing Directors: Hiroshi Azuma, Shin Ogawa, Yasuhiro Kaneda

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify KWE immediately by e-mail, and delete the original message.

Terms of Use and Privacy

**Von:** Zach Zeltzer <zach@dialecticdistribution.com>
**Gesendet:** Dienstag, 24. November 2020 16:07
**An:** Olaf Gerber <Olaf.Gerber@ea.kwe.com>; Ben Farina <Ben.Farina@am.kwe.com>
**Cc:** Owen Green <Owen@dialecticdistribution.com>; Mark Hoenes <mhoenes@dialecticdistribution.com>; Paul Jansson <paul@dialecticdistribution.com>; Lars Gabriel <lars.gabriel@kwe.com>; Niko Mpalaskas <Niko.Mpalaskas@ea.kwe.com>
**Betreff:** Re: KWE/Happy

Olaf,
Following up to below.

Sent from my iPhone

On Nov 18, 2020, at 8:29 PM, Zach Zeltzer <zach@dialecticdistribution.com> wrote:

Hi Olaf,

I have taken the customer off the thread for now.  Has there been any update with him or the VAT/TAX office?

Thanks
Zach

---

**From:** Zach Zeltzer
**Sent:** Monday, November 9, 2020 7:14 PM
**To:** Olaf Gerber <Olaf.Gerber@ea.kwe.com>; Torben <torben@happy-yours.de>; Ben Farina <Ben.Farina@am.kwe.com>
**Cc:** Owen Green <Owen@dialecticdistribution.com>; Mark Hoenes <mhoenes@dialecticdistribution.com>; Paul Jansson <paul@dialecticdistribution.com>; Lars Gabriel <lars.gabriel@kwe.com>; Niko Mpalaskas <Niko.Mpalaskas@ea.kwe.com>
**Subject:** RE: KWE/Happy

Good Morning Torben:

Can you please update with the VAT/TAX pleas?

---

**From:** Olaf Gerber <Olaf.Gerber@ea.kwe.com>
**Sent:** Wednesday, August 26, 2020 10:21 AM
**To:** Torben <torben@happy-yours.de>; Ben Farina <Ben.Farina@am.kwe.com>
**Cc:** Zach Zeltzer <zach@dialecticdistribution.com>; Owen Green <Owen@dialecticdistribution.com>; Mark Hoenes <mhoenes@dialecticdistribution.com>; Paul Jansson <paul@dialecticdistribution.com>; Lars Gabriel <lars.gabriel@kwe.com>; Niko Mpalaskas <Niko.Mpalaskas@ea.kwe.com>
**Subject:** AW: KWE/Happy

Dear Torben,

pls let me know when you received the payment from financial tax office. Once you received it from them we kindly ask you to
transfer the amount to us and we will invoice it you. Once we received the money on our bank account we will issue credit the same
to KWE US which can deduct this amount from Dialectic statement.

Mit freundlichen Grüßen / Best Regards

Olaf Gerber
Branch Manager Hamburg Airfreight
_____
Kintetsu World Express (Deutschland) GmbH
World Cargo Center, Niendorfer Straße 172 | Norderstedt D-22848 | DE
T: +49 (0) 405 939 1828
M: +49 (0) 176 1500 1429
E: Olaf.Gerber@ea.kwe.com
W: www.kwe.com

A Glance at the Market, latest industry news and updates: sign up

Track your Shipments: kwecss

<image002.jpg>

Registered: District Court Duesseldorf HRB 34993. Registered Managing Directors: Hiroshi Azuma, Shin Ogawa, Yasuhiro Kaneda

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify KWE immediately by e-mail, and delete the original message.

Terms of Use and Privacy

**Von:** Torben <torben@happy-yours.de>
**Gesendet:** Dienstag, 25. August 2020 14:13
**An:** Ben Farina <Ben.Farina@am.kwe.com>
**Cc:** Zach Zeltzer <zach@dialecticdistribution.com>; Owen Green <Owen@dialecticdistribution.com>; Mark Hoenes <mhoenes@dialecticdistribution.com>; Paul Jansson <paul@dialecticdistribution.com>; Lars Gabriel <lars.gabriel@kwe.com>; Olaf Gerber <Olaf.Gerber@ea.kwe.com>
**Betreff:** Re: KWE/Happy

Hi guys,

we have claimed the VAT now (August) with our company (happy-yours).

@Zach: we are going to inform you when we got confirmation from financial tax office (payment ex. by end Sept.'20)

Kind regards, Torben


Von meinem iPhone gesendet


Am 25.08.2020 um 12:20 schrieb Ben Farina <Ben.Farina@am.kwe.com>:


Thanks Zach.

Adding Olaf and Lars of KWE.

Owen, let's discuss today and specify which AWB we will move VAT from.

Sent from my iPhone

Ben Farina
Sales Director
Business Development Department
Kintetsu World Express (U.S.A.), Inc.
(FMC LIC#4509NF)
20 Murray Hill Parkway, Suite 250 | East Rutherford, NJ 07073 USA
Tel: (201) 528-9730 | Mobile: (908) 578-6235
Email:  Ben.Farina@am.kwe.com
Websites: http://www.kwe.com | http://www.kweusa.com | Shipment Tracking: http://css.kwe.com
Industry News & Updates: Sign Up | KWE Customer Survey: Survey

CONFIDENTIAL                                                                                                                                                                                            KWE-023641

<image003.jpg>

<image003.jpg>

<image004.jpg>

<image002.jpg>

Disclaimer: This email and any files transmitted with it are confidential and contain privileged or copyright information. You must not present this message to another party without gaining permission from the sender. If you are not the intended recipient you must not copy, distribute or use this email or the information contained in it for any purpose other than to notify us. If you have received this message in error, please notify the sender immediately, and delete this email from your system. We do not guarantee that this material is free from viruses or any other defects although due care has been taken to minimize the risk.

On Aug 24, 2020, at 7:23 PM, Zach Zeltzer <zach@dialecticdistribution.com> wrote:

Torben:

I have cc our rep from KWE America's Ben Farina.

From my call today with Torben, he wants to make sure that KWE and Happy isn't both asking for the VAT and OR Duty back.  I wanted to put both of you in contact to make sure that the proper way is being followed.

From Dialectic's view we need the VAT removed from our statement as we are not an EU company nor can claim VAT Back.

**Logistics/Finance: 133 Bauer Dr. Oakland NJ, 07436**
**Global HQ: 8 Calle 1 Suite 312.  Guaynabo PR, 00968**

With Thanks,
Zach Zeltzer

<image001.png>

CONFIDENTIAL                                                                                                                    KWE-023642