Retrieved on September 4, 2024 from Internet Archive at
https://web.archive.org/web/20190723121641/https://dialecticdistribution.com/about/team/
Page archived on July 23, 2019

