**From:** Owen Green <Owen@dialecticdistribution.com>
**To:** Cherry Choi <cherry.choi@kwe.com>, Zach Zeltzer <zach@dialecticdistribution.com>
**Cc:** Ben Farina <Ben.Farina@am.kwe.com>, Lawrence Ko <lawrence.ko@kwe.com>, Wing-KWEHKG <kam-wing.lo@kwe.com>, "all.hkexp-uecsteam@kwe.com" <all.hkexp-uecsteam@kwe.com>
**Subject:** Re: request warehouse location
**Date:** Tue, 21 Apr 2020 21:36:37 -0500
**Importance:** Normal
**Attachments:** SI_-_22022.pdf; INV_65867.pdf; INV_65868.pdf; Invoice_65869_1587522228798.pdf; Invoice_65870_1587522256554.pdf; Invoice_65871_1587522287140.pdf
**Inline-Images:** image001.jpg

Hi Cherry,
SI and invoices are attached. I split the order into 5 separate invoices, one for each shipment. If you need anything else from my end, please let me know.
Thanks,



Cell: 203-858-8982
Email: owen@dialecticdistribution.com
Skype: ogreen441

**From:** Cherry Choi <cherry.choi@kwe.com>
**Date:** Tuesday, April 21, 2020 at 9:38 PM
**To:** Zach Zeltzer <zach@dialecticdistribution.com>
**Cc:** Ben Farina <Ben.Farina@am.kwe.com>, Lawrence Ko <lawrence.ko@kwe.com>, Owen Green <Owen@dialecticdistribution.com>, Wing-KWEHKG <kam-wing.lo@kwe.com>, "all.hkexp-uecsteam@kwe.com" <all.hkexp-uecsteam@kwe.com>
**Subject:** Re: request warehouse location

Dear Zach and Owen
Could you pls provide SI, PL and invoice for shipment to Fra
B regards
Cherry

「Cherry Choi <cherry.choi@kwe.com>」在 2020年4月21日 週二，18:52 寫道：

> Dear Zach and Owen:
> Pls find the attached in house doc and photo for yr ref.
> <mark>Public Holiday</mark>
> <mark>30 APR 2020 Buddhs's Birthday</mark>
> <mark>1 MAY 2020 Labor holiday</mark>
> **Thanks & best regards**
>
> *Cherry Choi*

**Kintetsu World Express (HK) Limited**

China Transport Department
Warehouse address:
Gridline 1001E & 1014E, 1/F., ATL Logistics Centre B,
Berth 3, Kwai Chung Container,
New Territories
Tel : 852-34180835

website: www.kwehkg.com.hk

E-mail: cherry.choi@kwe.com

於**2018**年**4**月**1**日起**,** 所有供應商交貨予近鐵國際貨運**(**香港**)** 有限公司**--**中國部倉庫

均需於**BOOKING SYSTEM (**http://www1.kwehkg.com.hk/cbs/ **)**作預先登記**,**
需錄入送貨日期**,**基本貨物訊息及交貨運輸車牌等**,**並攜帶所印有二維碼**(QR CODE)**
之 **BOOKING FORM** 連同相關發票及箱單等交貨文件前往交貨**,**

任何賬號註冊及疑問**,**歡迎向客戶服務部聯繫**:**
**(**電郵至**hkcto-booking.mailbox@kwe.com:** **/** 致電**: 852-34180851 )**
屆時只接受所有預先**,** 錄入**BOOKING SYSTEM**的供應商貨物之交收**.**

 Please consider the environment before printing this email.

On Tue, Apr 21, 2020 at 2:24 PM Cherry Choi <cherry.choi@kwe.com> wrote:

> Dear Zach:
> We have not receive the cargoes this morning and I'm checking with Jerrel about the cargoes status.
> Public Holiday
> 30 APR 2020 Buddhs's Birthday
> 1 MAY 2020 Labor holiday
> **Thanks & best regards**
>
> *Cherry Choi*
>
> **Kintetsu World Express (HK) Limited**
>
> China Transport Department
> Warehouse address:
> Gridline 1001E & 1014E, 1/F., ATL Logistics Centre B,
> Berth 3, Kwai Chung Container,
> New Territories
> Tel : 852-34180835
>
> website: www.kwehkg.com.hk
>
> E-mail: cherry.choi@kwe.com
>
> 於**2018**年**1**月**1**日起**,** 所有供應商交貨予近鐵國際貨運**(**香港**)** 有限公司**--**中國部倉庫
>
> 均需於**BOOKING SYSTEM (**http://www1.kwehkg.com.hk/cbs/ **)**作預先登記**,**
> 需錄入送貨日期**,**基本貨物訊息及交貨運輸車牌等**,**並攜帶所印有二維碼**(QR CODE)**
> 之 **BOOKING FORM** 連同相關發票及箱單等交貨文件前往交貨**,**
>
> 任何賬號註冊及疑問**,**歡迎向客戶服務部聯繫**:**
> **(**電郵至**hkcto-booking.mailbox@kwe.com:** **/** 致電**: 852-34180851 )**
> 屆時只接受所有預先**,** 錄入**BOOKING SYSTEM**的供應商貨物之交收**.**

KWE-007708

🌲 Please consider the environment before printing this email.

On Tue, Apr 21, 2020 at 2:08 PM Zach Zeltzer <zach@dialecticdistribution.com> wrote:

> Has any deliveries been made by poppy ?
>
> Sent from my iPhone
>
>> On Apr 21, 2020, at 2:06 AM, Lawrence Ko <lawrence.ko@kwe.com> wrote:
>>
>> Zach
>> This shpt 500 cartons was self delivery cnfm by today but we are still wait for their delivery.
>> For thinking group order sometime we arrange pickup from their transportation warehouse.
>> Tks
>> Lawrence
>> 「Zach Zeltzer <zach@dialecticdistribution.com>」在 2020年4月21日 週二，13:26 寫道：
>>
>>> Long will make export documents
>>>
>>> Did you or poppy pick up any merchandise yet from thinking group?
>>> Sent from my iPhone
>>>
>>>> On Apr 21, 2020, at 1:24 AM, Lawrence Ko <lawrence.ko@kwe.com> wrote:
>>>>
>>>> Zach
>>>>
>>>> many tks for your quick reply and pls adv who prepare the Export documents to us.
>>>>
>>>> Cherry,
>>>> pls prepare the draft of SI to export dept and secure the space, pls make sure by 5 HAWB
>>>>
>>>> tks n rgds
>>>> Lawrence KO
>>>>
>>>> On 21/4/2020 下午1:21, Zach Zeltzer wrote:
>>>>> Confirm ship it ASAP
>>>>>
>>>>> Sent from my iPhone
>>>>>
>>>>>> On Apr 21, 2020, at 1:20 AM, Lawrence Ko <lawrence.ko@kwe.com> wrote:
>>>>>>
>>>>>> Ben
>>>>>>
>>>>>> pls ctc with Zach n Owen for the shpt to FRA. Due to the space to EU was very tight, and we need to split the shpt into 5 shpt each one is 150 ctns, and we expect we can move out within this week after we get your export document by tomorrow.

if you can not split the cargo that shpt will need longer transit time for space booking and expect move out by next week end or longer.
Pls confirm the rate as below so we can reserve the space to you asap.
Airfreight Rate from HKG to FRA : USD10.20 per kg
FSC: USD0.10 per kg at costs
SCC : USD0.32 per kg at costs

HK Local charges Expect pick-up : USD0.32 per kg

Waiting for your reply asap.

tks n rgds
Lawrence KO

On 21/4/2020 下午12:58, Cherry Choi wrote:

Dear Lawrence:
500 ctns /4572kgs / size 76.5 x 26 x 36 ctn (Total : 35.8cbhm) and the vendor will deliver the said shipment to our warehouse today.
Public Holiday
30 APR 2020 Buddhs's Birthday
1 MAY 2020 Labor holiday
**Thanks & best regards**

*Cherry Choi*

**Kintetsu World Express (HK) Limited**

China Transport Department
Warehouse address:
Gridline 1001E & 1014E, 1/F., ATL Logistics Centre B,
Berth 3, Kwai Chung Container,
New Territories
Tel : 852-34180835

website: www.kwehkg.com.hk

E-mail: cherry.choi@kwe.com

於2018年4月1日起, 所有供應商交貨予近鐵國際貨運(香港) 有限公司--中國部倉庫

均需於**BOOKING SYSTEM** (http://www1.kwehkg.com.hk/cbs/ )作預先登記,
需錄入送貨日期,基本貨物訊息及交貨運輸車牌等,並攜帶所印有二維碼**(QR CODE)**
之 **BOOKING FORM** 連同相關發票及箱單等交貨文件前往交貨,

任何賬號註冊及疑問,歡迎向客戶服務部聯繫:
(電郵至hkcto-booking.mailbox@kwe.com: / 致電: 852-34180851 )
屆時只接受所有預先, 錄入**BOOKING SYSTEM**的供應商貨物之交收.

 Please consider the environment before printing this email.

On Tue, Apr 21, 2020 at 12:55 PM Lawrence Ko <lawrence.ko@kwe.com> wrote:

Cherry

pls provide the shpt infm, 500 ctns at weight and size

tks n rgds
Lawrence Ko

On 21/4/2020 下午12:42, Cherry Choi wrote:

> Dear Lawrence:
> Pls refer to the below request from Dialectric /Zach need to arrange 500ctns KF95 to Fra ASAP.
> <mark>Public Holiday</mark>
> <mark>30 APR 2020 Buddhs's Birthday</mark>
> <mark>1 MAY 2020 Labor holiday</mark>
> **Thanks & best regards**
> *Cherry Choi*
>
> **Kintetsu World Express (HK) Limited**
>
> China Transport Department
> Warehouse address:
> Gridline 1001E & 1014E, 1/F., ATL Logistics Centre B,
> Berth 3, Kwai Chung Container,
> New Territories
> Tel : 852-34180835
>
> website: www.kwehkg.com.hk
>
> E-mail: cherry.choi@kwe.com
>
> <mark>於2018年4月1日起, 所有供應商交貨予近鐵國際貨運(香港) 有限公司--中國部倉庫</mark>
>
> <mark>均需於BOOKING SYSTEM (http://www1.kwehkg.com.hk/cbs/ )作預先登記,
> 需錄入送貨日期,基本貨物訊息及交貨運輸車牌等,並攜帶所印有二維碼(QR CODE)
> 之 BOOKING FORM 連同相關發票及箱單等交貨文件前往交貨,</mark>
>
> <mark>任何賬號註冊及疑問,歡迎向客戶服務部聯繫:
> (電郵至hkcto-booking.mailbox@kwe.com: / 致電: 852-34180851 )
> 屆時只接受所有預先,錄入BOOKING SYSTEM的供應商貨物之交收.</mark>
>
>  Please consider the environment before printing this email.
>
>
> ---------- Forwarded message ---------
> From: **Zach Zeltzer** <zach@dialecticdistribution.com>
> Date: Tue, Apr 21, 2020 at 12:37 PM
> Subject: Re: request warehouse location
> To: Cherry Choi <cherry.choi@kwe.com>
>
>
> No this needs to go to Frankfort..... ASAP......
> The other ones you got yesterday need to go to jfk....
>
> Can you put on plane today
>
> Sent from my iPhone

On Apr 21, 2020, at 12:36 AM, Cherry Choi <cherry.choi@kwe.com> wrote:

Dear Zach:
The QR booking form is for vendor delivery to our warehouse, could you pls advise if you need to ship out to JFK for this 500 cartons /KF95 500,00pcs
<mark>Public Holiday</mark>
<mark>30 APR 2020 Buddhs's Birthday</mark>
<mark>1 MAY 2020 Labor holiday</mark>
**Thanks & best regards**

*Cherry Choi*

**Kintetsu World Express (HK) Limited**

China Transport Department
Warehouse address:
Gridline 1001E & 1014E, 1/F., ATL Logistics Centre B,
Berth 3, Kwai Chung Container,
New Territories
Tel : 852-34180835

website: www.kwehkg.com.hk

E-mail: cherry.choi@kwe.com

<mark>於2018年4月1日起, 所有供應商交貨予近鐵國際貨運(香港) 有限公司--中國部倉庫</mark>

<mark>均需於BOOKING SYSTEM (http://www1.kwehkg.com.hk/cbs/ )作預先登記,
需錄入送貨日期,基本貨物訊息及交貨運輸車牌等,並攜帶所印有二維碼(QR CODE)
之 BOOKING FORM 連同相關發票及箱單等交貨文件前往交貨,</mark>

<mark>任何賬號註冊及疑問,歡迎向客戶服務部聯繫:
(電郵至 hkcto-booking.mailbox@kwe.com : / 致電: 852-34180851 )
屆時只接受所有預先,錄入BOOKING SYSTEM的供應商貨物之交收.</mark>

 Please consider the environment before printing this email.

On Tue, Apr 21, 2020 at 12:20 PM Zach Zeltzer <zach@dialecticdistribution.com> wrote:

> Hi Cheryl:
>
> Is the flight booked for us?
>
> Sent from my iPhone
>
>> On Apr 20, 2020, at 9:56 PM, Cherry Choi <cherry.choi@kwe.com> wrote:
>>
>> Dear Jerrel:
>> Pls find the attached QR code booking form for delivery.
>> <mark>Public Holiday</mark>
>> <mark>30 APR 2020 Buddhs's Birthday</mark>
>> <mark>1 MAY 2020 Labyor holiday</mark>
>> **Thanks & best regards**

KWE-007712

*Cherry Choi*

**Kintetsu World Express (HK) Limited**

China Transport Department
Warehouse address:
Gridline 1001E & 1014E, 1/F., ATL Logistics Centre B,
Berth 3, Kwai Chung Container,
New Territories
Tel : 852-34180835

website: www.kwehkg.com.hk

E-mail: cherry.choi@kwe.com

於**2018**年**4**月**1**日起, 所有供應商交貨予近鐵國際貨運**(**香港**)** 有限公司**--**中國部倉庫

均需於**BOOKING SYSTEM (**http://www1.kwehkg.com.hk/cbs/ **)**作預先登記,
需錄入送貨日期,基本貨物訊息及交貨運輸車牌等,並攜帶所印有二維碼**(QR CODE)**
之 **BOOKING FORM** 連同相關發票及箱單等交貨文件前往交貨,

任何賬號註冊及疑問,歡迎向客戶服務部聯繫**:**
**(**電郵至 hkcto-booking.mailbox@kwe.com**: /** 致電**: 852-34180851 )**
屆時只接受所有預先**,** 錄入**BOOKING SYSTEM**的供應商貨物之交收**.**

 Please consider the environment before printing this email.

On Mon, Apr 20, 2020 at 6:35 PM Cherry Choi <cherry.choi@kwe.com> wrote:

> Dear Jerrel:
> As our phone conversation, you can arrange delivery 500K JN95 to our warehouse tomorrow.
> Public Holiday
> 30 APR 2020 Buddhs's Birthday
> 1 MAY 2020 Labor holiday
> **Thanks & best regards**
> *Cherry Choi*
>
> **Kintetsu World Express (HK) Limited**
>
> China Transport Department
> Warehouse address:
> Gridline 1001E & 1014E, 1/F., ATL Logistics Centre B,
> Berth 3, Kwai Chung Container,
> New Territories
> Tel : 852-34180835
>
> website: www.kwehkg.com.hk
>
> E-mail: cherry.choi@kwe.com
>
> 於**2018**年**4**月**1**日起, 所有供應商交貨予近鐵國際貨運**(**香港**)** 有限公司**--**中國部倉庫
>
> 均需於**BOOKING SYSTEM (**http://www1.kwehkg.com.hk/cbs/ **)**作預先登記,
> 需錄入送貨日期,基本貨物訊息及交貨運輸車牌等,並攜帶所印有二維碼**(QR CODE)**
> 之 **BOOKING FORM** 連同相關發票及箱單等交貨文件前往交貨,
>
> 任何賬號註冊及疑問,歡迎向客戶服務部聯繫**:**

KWE-007713

(電郵至 hkcto-booking.mailbox@kwe.com : / 致電: 852-34180851 )
屆時只接受所有預先, 錄入 BOOKING SYSTEM 的供應商貨物之交收.

 Please consider the environment before printing this email.

On Mon, Apr 20, 2020 at 5:35 PM Cherry Choi <cherry.choi@kwe.com> wrote:

Dear Jerrel:
Could you pls provide the packing list for 500K because we need to prepare the in-house QR code form for our warehouse to receive the cargoes when the vendor delivers the cargoes to our warehouse. You can arrange to ship out the cargoes today.
Public Holiday
30 APR 2020 Buddhs's Birthday
1 MAY 2020 Labor holiday
**Thanks & best regards**

*Cherry Choi*

**Kintetsu World Express (HK) Limited**

China Transport Department
Warehouse address:
Gridline 1001E & 1014E, 1/F., ATL Logistics Centre B,
Berth 3, Kwai Chung Container,
New Territories
Tel : 852-34180835

website: www.kwehkg.com.hk

E-mail: cherry.choi@kwe.com

於 2018 年 4 月 1 日起, 所有供應商交貨予近鐵國際貨運(香港) 有限公司--中國部倉庫

均需於 BOOKING SYSTEM (http://www1.kwehkg.com.hk/cbs/ )作預先登記, 需錄入送貨日期,基本貨物訊息及交貨運輸車牌等,並攜帶所印有二維碼(QR CODE) 之 BOOKING FORM 連同相關發票及箱單等交貨文件前往交貨,

任何賬號註冊及疑問,歡迎向客戶服務部聯繫:
(電郵至 hkcto-booking.mailbox@kwe.com : / 致電: 852-34180851 )
屆時只接受所有預先, 錄入 BOOKING SYSTEM 的供應商貨物之交收.

 Please consider the environment before printing this email.

On Mon, Apr 20, 2020 at 5:24 PM Jerrel Woon <Jerrel@brilliante.sg> wrote:

> Cherry,
>
> We have 2 separate shipments today.
>
> 1) Vendor 1 - 400K KN 95 in zip lock packs – **YOU ARRANGE PICK UP**
> 2) Vendor 2 - 500K JN95 in boxes – **COMING IN TO YOU BUT STOPPED BECAUSE THEY SAID YOU REQUEST FOR A WAREHOUSE NUMBER?**
>
> These are 2 shipment. Vendor 2 just told me the info provided is wrong?? In

KWE-007714

actually this is a different set of goods.
Also Owen mentioned I only need to quote Dialetic? Why are we not able to send in the 500 today?

Are we able to take possession of both shipments today? Because we need to book earlist possible flight out.. speed is of the essence here.

Kind regards,

**Jerrel Woon** General Manager
<image001.jpg>

M: +65 9040 4321 (SG)/+852 2115 9251 (HK)/+86 186 7555 0313 (CN)

Skype ID: Jerrel.yun /wechat ID: Jerrelw/ E: Jerrel@brilliante.sg

Go Green! Think before you print.

**From:** Cherry Choi [mailto:cherry.choi@kwe.com]
**Sent:** Monday, 20 April 2020 12:09 PM
**To:** Jerrel Woon
**Cc:** Owen Green; Zach Zeltzer
**Subject:** Re: request warehouse location
Dear Jerrel
Could you pls provide the packing to us
B regards
Cherry

「Jerrel Woon <Jerrel@brilliante.sg>」在 2020年4月20日 週一, 11:09 寫道：

> Dear Cherry,
> 400k KN95 just arrived into HK, as we do not want to wait for them to send (night waste another day) please arrange pick up this afternoon.
> Address:香港葵涌货柜码头路88号永得利广场2楼
> Contact: 琦哥 电话31113631
> Pick up item no: 80378599
>
>
> Kind regards,
> Jerrel
> Sent from my iPhone
>
> On 14 Apr 2020, at 9:20 AM, Cherry Choi <cherry.choi@kwe.com> wrote:
>
>> Dear Jerrel:
>> Good day!
>> Pls refer to the below our warehouse address and pls provide the doc to us first due to we need to apply the QR code for registration.
>> **Kintetsu World Express (HK) Limited**
>> China Transport Department
>> Warehouse address:
>> Gridline 1001E & 1014E, 1/F., ATL Logistics Centre B,
>> Berth 3, Kwai Chung Container,
>> New Territories
>> ==Public Holiday==
>> ==10-13 Apr 2020 Easter holiday==
>> **Thanks & best regards**
>> *Cherry Choi*

KWE-007715

**Kintetsu World Express (HK) Limited**

China Transport Department
Warehouse address:
Gridline 1001E & 1014E, 1/F., ATL Logistics Centre B,
Berth 3, Kwai Chung Container,
New Territories
Tel : 852-34180835

website: www.kwehkg.com.hk

E-mail: cherry.choi@kwe.com

於 2018 年 4 月 1 日起, 所有供應商交貨予近鐵國際貨運(香港) 有限公司 – 中國部倉庫

均需於 BOOKING SYSTEM (http://www1.kwehkg.com.hk/cbs/ ) 作預先登記,
需錄入送貨日期, 基本貨物訊息及交貨運輸車牌等, 並攜帶所印有二維碼(QR CODE)
之 BOOKING FORM 連同相關發票及箱單等交貨文件前往交貨,

任何賬號註冊及疑問, 歡迎向客戶服務部聯繫:
(電郵至 hkcto-booking.mailbox@kwe.com : / 致電 : 852-34180851 )
屆時只接受所有預先, 錄入 BOOKING SYSTEM 的供應商貨物之交收,

 Please consider the environment before printing this email.

On Mon, Apr 13, 2020 at 11:53 AM Jerrel Woon <Jerrel@brilliante.sg> wrote:

> Dear Cherry,
>
> Hi, I hope my email finds you well. I have incoming shipment from SZ into HK.
> And your customer *Dialectic Distribution* has requested me to ship to your warehouse directly.
> Would appreciated if you can share with me your warehouse location soonest.
> Kind regards,
>
> Jerrel Woon  General Manager
> <image001.jpg>
>
> M: +65 9040 4321 (SG)/+852 2115 9251 (HK)/+86 186 7555 0313 (CN)
> Skype ID: Jerrel.yun /wechat ID: Jerrelw/ E: Jerrel@brilliante.sg
>
>  Go Green! Think before you print.
>
> Virus-free. www.avg.com

--
從「Gmail 流動版」寄出
<3322_001 (1).pdf>

--
從「Gmail 流動版」寄出