*Kennedy Lillis Schmidt & English*
*125 Maiden Lane*
*New York, N.Y. 10038-4753*
*Telephone: 212-430-0800*
WWW.KLSELAW.COM

Charles E. Schmidt
CSCHMIDT@KLSELAW.COM
DIRECT DIAL: 212-430-0802

September 4, 2024

Hon. Jennifer E. Willis
United States District Court
Thurgood Marshall
   United States Courthouse
40 Foley Square, Rm. 425
New York, NY 10007

      Re:   Kintetsu World Express (U.S.A.), Inc.
              v. Dialectic Distribution LLC
           Docket No.: 1:21-CV-09579 (JHR)(JW)
           Our File:  6405

Dear Judge Willis:

      We represent the plaintiff, Kintetsu World Express (U.S.A.), Inc. ("KWE-USA") in this matter. We write in accordance with Section 11 of the SDNY Electronic Case Filing Rules & Instructions to request relief for late filing of ECF Doc. 88 which was due by 12:00 noon today but filed at 12:01 p.m. While we began the filing process at approximately 11:45 a.m., we were unexpectedly confronted with a requirement to revalidate our email address. Application for and receipt of the revalidation token from the ECF system required two requests for the token, and the ensuing delay in obtaining filing access resulted in ECF Doc. 88 being filed slightly late.

      We respectfully request the Court's indulgence in this regard. We are at the Court's disposal if there are any questions or further information required.

      We thank the Court in advance for its anticipated consideration.

                                                  Very truly yours,

                                                  KENNEDY LILLIS SCHMIDT & ENGLISH

                                                  By: *[signature]*
                                                    Charles E. Schmidt

CES/
X:\6405_LTC22.DOCX