*[Handwritten at top: 5/13  1 EUR = $1.0820   $2,905.76]*

**KWE**
Kintetsu World Express (U.S.A.), Inc.

| INVOICE NO. | 3200M08877 00 |
|---|---|
| INVOICE DATE | 31-Jul-2020 |
| CUST. ACCOUNT NO. | 202244808 |

DIALECTIC DISTRIBUTION LLC
133 BAUER DRIVE
OAKLAND, NJ 07436
US

1. This is your invoice and payment is due upon receipt.
2. To ensure proper credit, please indicate this invoice number on your check.
3. Be sure to return the attached remittance copy along with your payment.

**REMIT TO**
KINTETSU WORLD EXPRESS (U.S.A.) INC.
PO BOX 358088
PITTSBURGH, PA 15251-5088
US

# INVOICE

**MISCELLANEOUS INVOICE**

Payment Terms: 10 NET

HAWB 520084218211

| Description | Handwritten | Amount |
|---|---|---|
| CORONA FEE | 1.1667 | 35.00 USD |
| CUSTOMS CLEARANCE | 1.24 | 155.00 USD |
| DUTIES | 1.15 | 9,284.17 USD |
| WAREHOUSE FACILITY | 3.75 | 75.00 USD |
| Freight Collect Other: | .1752 | 2,749.45 USD |
| Airfreight: | .1565 | 30,626.46 USD |
| Arrival Acceptance: | .2667 | 95.00 USD |
| DELIVERY | .2494 | 987.00 USD |
| HANDLING | .3735 | 499.90 USD |

*[Handwritten: Based on Rate 5/13 Invoice should be $11,601.22]*

ORIGINAL INVOICE    **TOTAL AMOUNT DUE**   44,506.98 USD

Page 1 of 1

PAYMENT DUE DATE:   10-Aug-2020

All invoices are subject to the terms and conditions of the contract as set forth at http://www.kweusa.com/etools/INV-TermsConditions

If you are the importer of record, payment to the broker will not relieve you of liability from Customs chargers (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay the check, Customs charges may be paid with a separate check payable to the "United States Customs Services" which shall be delivered to Customs by the broker.