UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KINTETSU WORLD EXPRESS (U.S.A.), INC.,

                Plaintiff,                    **ORDER**

       -against-                 **21-CV-9579 (JHR) (JW)**

DIALECTIC DISTRIBUTION LLC,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court is in receipt of letters from the Parties regarding the production of Owen Green for a September 26, 2024, deposition. Dkt. Nos. 90–91. At the August 21, 2024 discovery conference, after Dialectic Distribution LLC, made an untimely objection to the production of Mr. Green, the Court ordered that his deposition be scheduled regardless. Dkt. No. 85 at 58–59. The Parties then scheduled four depositions including that of Mr. Green. The Court also stated that it would consider changing its mind regarding Mr. Green after the Parties submitted briefs on the production of other witnesses in this matter. Id.

The Court has not changed its mind and the deposition of Mr. Green is to proceed as scheduled on September 26, 2024. A more detailed explanation and the Court's decision on the production of the other outstanding witness is forthcoming.

    SO ORDERED.

DATED:    New York, New York
               September 25, 2024

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge