UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KINTETSU WORLD EXPRESS (U.S.A.), INC.,

                    Plaintiff,                  **ORDER**

            -against-                  **21-CV-9579 (JHR) (JW)**

DIALECTIC DISTRIBUTION LLC,

                    Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Per the Court's December 4, 2024 order, the Parties had until January 18, 2025 to serve any witnesses they wished to depose and complete all outstanding discovery. Dkt. No. 101. Since then, several discovery issues have arisen and been resolved. See Dkt. Nos. 102–113.

The Court is aware the depositions of Ms. DeLorenzo and Mr. Hoenes have been postponed.[1] See Dkt. No. 111 n2. The Parties are ordered to file a joint letter **by March 10, 2025**, confirming all outstanding discovery has been completed. The joint letter shall also inform the Court of the new dates for the depositions of Ms. DeLorenzo and Mr. Hoenes, whether the request for an additional deposition outlined in Dkt. No. 98 has been resolved, and whether any other outstanding depositions exist for witnesses served on or before January 18th.

SO ORDERED.

---

[1] The Court notes that Ms. DeLorenzo and Mr. Hoenes were served post-January 18th because Defendant provided interrogatory answers regarding contact information on January 21, 2025. See Dkt. Nos. 103, 104. Thus, the Court is permitting the delayed service.

DATED:   New York, New York
         March 3, 2025

                                             _____
                                             JENNIFER E. WILLIS
                                             United States Magistrate Judge