**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KINTETSU WORLD EXPRESS (U.S.A.), INC.,

                Plaintiff,                    **ORDER**

               -against-                **21-CV-9579 (JHR) (JW)**

DIALECTIC DISTRIBUTION LLC,

                Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the Parties' joint letter dated March 10, 2025. Dkt. No. 118. The Parties are ordered to file another joint letter **by April 17, 2025**, informing the Court: (1) when the depositions of Ms. DeLorenzo and Mr. Hoenes took place or are set to take place; (2) a joint proposed schedule for expert discovery; and (3) after meeting and conferring, whether Dkt. No. 98 has been resolved. Should the joint letter inform this Court that Dkt. No. 98 could not be solved, Defendant may file a 3-page letter response **by April 22, 2025**.

      SO ORDERED.

DATED:    New York, New York
                April 10, 2025

                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge